**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
10866 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone:   (310) 872-2600
Facsimile:   (310) 730-7377
Attorneys for Plaintiffs,
**SERGIO VALLES and ROSA AGUAYO**

Amir Nassihi (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281
Yoseph Rixit (SBN 333263)
yrixit@shb.com

**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel: (424) 285-8330 | Fax: (424) 204-9093
Attorneys for Defendant
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VALLES, an individual, and ROSA AGUAYO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01491-MRW<br>Judge: Hon. Michael R. Wilner<br><br>**JOINT STATEMENT RE: SETTLEMENT**<br><br>Date Filed:  February 28, 2023<br>Trial Date:   June 11, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The parties in the above-captioned case, by and through their counsel, settled this matter in principle. The parties are currently working to complete the terms of settlement.

The Parties request that all hearings and the June 11, 2024 trial date be vacated.

The Parties also respectfully request that the matter not be dismissed until a Notice of Dismissal under Fed. R. Civ. Proc. 41 is filed.

IT IS SO STIPULATED.

Dated: November 7, 2023

>Respectfully submitted,
>**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
>
>/s/ *Michael W. Oppenheim*
>Michael H. Rosenstein, Esq.
>Sepehr Daghighian, Esq.
>Michael William Oppenheim, Esq.
>Attorneys for Plaintiffs:
>**SERGIO VALLES and ROSA AGUAYO**
>
>**SHOOK, HARDY & BACON L.L.P.**
>
>/s/ *Amir Nassihi*
>Amir Nassihi
>Yoseph Rixit
>Attorneys for Defendant:
>**NISSAN NORTH AMERICA, INC.**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Defendant Nissan North America, Inc., and that I have obtained counsel's authorization to affix his electronic signature to this document.

> Respectfully submitted,
> **CALIFORNIA CONSUMER ATTORNEYS, P.C.**
>
> /s/ *Michael W. Oppenheim*
> Michael H. Rosenstein, Esq.
> Sepehr Daghighian, Esq.
> Michael William Oppenheim, Esq.
> Attorneys for Plaintiffs:
> **SERGIO VALLES and ROSA AGUAYO**