**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
10866 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone:  (310) 872-2600
Facsimile:   (310) 730-7377
Attorneys for Plaintiffs,
**SERGIO VALLES and ROSA AGUAYO**

Amir Nassihi (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VALLES, an individual, and ROSA AGUAYO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23−cv−01491−MRW<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Date Filed: February 28, 2023<br>Trial Date: Not Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs SERGIO VALLES and ROSA AGUAYO ("Plaintiffs") and defendant NISSAN NORTH AMERICA, INC. ("Defendant") (collectively "Parties") by and through their counsel of record, hereby stipulate to dismiss this action.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel of record, and subject to approval by the Court, that:

1. The entire action be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated: March 4, 2024      Respectfully submitted,
                                            **CALIFORNIA CONSUMER ATTORNEYS, P.C.**

                                            /s/ *Michael W. Oppenheim*
                                            Michael H. Rosenstein, Esq.
                                            Sepehr Daghighian, Esq.
                                            Michael William Oppenheim, Esq.
                                            Attorneys for Plaintiffs:
                                            **SERGIO VALLES and ROSA AGUAYO**

                                            **SHOOK, HARDY & BACON L.L.P.**

                                            /s/ *Amir Nassihi*
                                            Amir Nassihi
                                            Attorneys for Defendant:
                                            **NISSAN NORTH AMERICA, INC.**

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this |
| 3 | document is acceptable to counsel for Defendant Nissan North America, Inc., and |
| 4 | that I have obtained counsel's authorization to affix his electronic signature to this |
| 5 | document. |

Respectfully submitted,
**CALIFORNIA CONSUMER ATTORNEYS, P.C.**

/s/ *Michael W. Oppenheim*
Michael H. Rosenstein, Esq.
Sepehr Daghighian, Esq.
Michael William Oppenheim, Esq.
Attorneys for Plaintiffs:
**SERGIO VALLES and ROSA AGUAYO**